HENRY McGRATH, RESPONDENT, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, APPELLANT.

*Stare decisis.*

APPEAL from an order, denying defendant's motion for a new trial on the judge's minutes after verdict for plaintiff.

An appeal was taken in this case to the General Term, from a judgment rendered for plaintiff on a former trial, on the hearing of which appeal, the judgment was reversed, and a new trial was ordered, on the ground that the judge erred in his charge to the jury; the court holding, however, that the case was a proper one for the jury on the evidence.

On this appeal, the court held that the evidence was substantially the same as on the former trial; that the error on which the new trial had been granted before, did not exist in the case made on this appeal, and it having been decided on the former appeal, that, on the evidence, the case should be submitted to the jury, the court

would not review that question; and that the damages were not so large as to justify the court holding them to be excessive.

*Matthew Hale*, for the appellant.

*Amasa J. Parker*, for the respondent.

Opinion by BOCKES, J.

Present — MILLER, P. J., and BOCKES and BOARDMAN, JJ.

Order affirmed and judgment ordered for plaintiff on the verdict.